1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Lisa M. Baird (SBN 179958)
   lbaird@reedsmith.com
3  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
4  Michelle Cheng (SBN 239711)
   mcheng@reedsmith.com
5  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
6  Los Angeles, CA 90071

7  Telephone: 213.457.8000
   Facsimile: 213.457.8080
8
   Attorneys for Defendants
9  Medtronic, Inc., Medtronic Sofamor
   Danek USA, Inc., and Medtronic
10 Vertelink, Inc.

FILED
CLERK, U.S. DISTRICT COURT

Sept 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13 | RICHARD BIRD, an individual;        | Case No.: 2:14-cv-04885-SVW-FFM

14 |                  Plaintiff,          | [PROPOSED] ORDER GRANTING
                                          | STIPULATION OF DISMISSAL
15 | vs.
                                          | Complaint Filed: June 24, 2014
16 | MEDTRONIC, INC., a Minnesota
   | corporation; MEDTRONIC SOFAMOR       | Honorable Stephen V. Wilson
17 | DANEK, USA, INC.; MEDTRONIC
   | VERTELINK, INC.; and DOES 1 -50,
18 | inclusive,

19 |                  Defendants.

20

21

22

23

24

25

26

27

28

US_ACTIVE-119777252

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Based on the Stipulation of Dismissal that has been filed in the above-captioned

2    matter, IT IS HEREBY ORDERED that plaintiff's Complaint is hereby dismissed

3    without prejudice with each party to bear its own costs.

4

5    Dated:_____September 24, 2015_____

6    _____
     Hon. Stephen V. Wilson
     U.S. District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware